

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00032-CV

**IN THE INTEREST OF N.M.R**., a child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01170
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The briefs of appellants K.H. and L.R. were originally due on February 28, 2022. On that date, appellant K.H. filed a motion requesting a thirty-day extension of time, and we granted that motion. Although we did not receive a similar motion from appellant L.R., we also extended his briefing deadline until March 31, 2022. K.H. timely filed her brief on March 31, 2022, but we did not receive either a brief or a motion for extension of time from L.R. On April 7, 2022, we ordered L.R.'s appointed counsel to file L.R.'s brief by April 18, 2022.

On April 11, 2022, the district clerk filed a supplemental clerk's record containing an order appointing new appellate counsel for L.R. On April 18, 2022, L.R.'s new appointed counsel filed a motion requesting a fourteen-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by May 2, 2022. Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court